UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**VICTOR M. HERRERA,**

                     Plaintiff,          ___CIV_____

Against                             ***REQUEST TO PROCEED***
                                                  ***IN FORMA PAUPERIS***

**GILBERT TAYLOR,** Commissioner
Department of Homeless Services, City of
New York, et al.,                        

                    Defendants.

1. I, **Victor M. Herrera** am the plaintiff in the above entitled case and I hereby request to proceed *In Forma Pauperis* and without being required to prepay fees or costs or give security. I State that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

2. I am presently unemployed and my last employer, **Ten Thirty-One Productions** started October 1, 2015, ending October 17, 2015.

3. Plaintiff has been receiving Public benefits, namely SNAP Benefits from the City of New York Department of Social Services Human Resource Administration (CASE NO. 007997688C) in the amount of $223.00 cash monthly benefits and Foodstamps in the amount of #194.00.

4. The plaintiff has no money, no checking or savings account and if so, such balance would read $00 dollars.

5. Plaintiff owns no property, house or building, stock, bonds, notes, automobiles or other property.

6. Plaintiff pays no rent, is otherwise homeless and has no residence of his own since August 2014.

7. Plaintiff pays no support and has no dependents at this time.

8. There are no other financial circumstances of which the Court should consider other than plaintiff, **Victor M. Herrera** has student loans and personal financial debts of which he is able to meet.
9. Plaintiff seeks the assignment of pro bono counsel as he believes his claims are meritorious and are not frivolous, as defined under 28 U.S.C. 1915(e)(1).
10. I understand that the Court shall dismiss this case if plaintiff gives a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of December, 2015.

Victor M. Herrera,
Plaintiff Pro Se
3167 49th Street, Apt 5D
Woodside, New York 11377