

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victor M. Herrera
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

Gilbert Taylor, Commissioner
Department of Homeless Services
City of New York, et al.
                                          Defendants
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND TEMPORARY
RESTRAINING ORDER

16 Civ. 162 ( )

Upon the affirmation of __Victor M. Herrera__, sworn to the 25TH day of __January__, 20_16_, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant(s) show cause before a motion term of this Court, at Room _____, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City, County and State of New York on the ____ day of _____, 20___, at _____ o'clock in the _____ noon thereof, or as soon thereafter as the parties may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant(s) during the pendency of this action from _____

Repeatedly engaging in retaliatory conduct toward plaintiff

including but not limited to assaults (unprovoked) and battery,

wrongful imprisonment, restraint of liberty, illegal seizures,

under wrongful applications of reporting plaintiff as EDP ; and it is further

ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure the defendant(s) are temporarily restrained and enjoined from _____
Housing plaintiff in any DHS facility that poses a threat to his
health and safety, and that such practice of enforcing policies
and procedures, unless through lawful and legal authority that
has left plaintiff in fear and discouraged from _____; and it is further

ORDERED, that security in the amount of $ _____ be posted by the plaintiff prior to _____ at _____ o'clock in the _____ noon and it is further

1

ORDERED, that personal service of a copy of this order and annexed affirmation upon the defendant(s) or his counsel on or before _____ o'clock in the _____ noon, on the ____ day of _____, 20___, shall be deemed good and sufficient service thereof.

DATED:_____
New York, New York

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR M. HERRERA
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

GILBERT TAYLOR, COMMISSIONER
DEPARTMENT OF HOMELESS SERVICES
CITY OF NEW YORK, ET AL.,
                          DEFENDANTS
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

AFFIRMATION

16 Civ. 162 ( )( )

---

I, VICTOR M. HERRERA, as plaintiff in the above entitled action, respectfully move this Court to order defendant(s) to show cause why they should not be enjoined from/to RETALIATING, PUNISHING, ASSAULTING AND WRONGFULLY RESTRAINING HIM until a final disposition on the merits in the above entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that I HAVE BEEN THE SUBJECT OF UNPROVOKED ASSAULTS AND BATTERY IN RETALIATION FOR PROTECTED FIRST AMENDMENT RIGHTS, WRONGFULLY IMPRISONED UNDER THE GUISE OF EMOTIONALLY DISTURBED, FORCEFULLY. As can be seen from the foregoing, I have no adequate remedy at law. No prior request has been made for the relief requested herein.

WHEREFORE, I respectfully request that the court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: JANUARY 25, 2016
NEW YORK, NY
(town/city)     (state)

Signature

3167 49TH STREET APT 5D
Address

WOODSIDE, NY 11377
City, State

11377
Zip Code

347-932-2005
Telephone or Cell phone number

Rev. 05/2010

1

INJECTED WITH CHEMICALS IN PSYCHIATRIC WARDS UNDER THE GUISE OF LEGITIMATE POLICY (EDP 216) OF THE NYPD PATROL GUIDE AGAINST MY WILL AND FORCED TO SLEEP HOMELESS IN THE STREETS ON ACCOUNT OF DEFENDANT'S DELIBERATE INDIFFERENCE (PRACTICE) THAT HAS LEFT ME IN FEAR OF MY SAFETY AND HEALTH. THE PRACTICE PERMITS A WIDESPREAD ENFORCEMENT OF NYPD PATROL GUIDE 216 TO BE USED WRONGFULLY AND POSES A SERIOUS HEALTH RISK TO ME IF DEFENDANTS ARE NOT ENJOINED FROM SUCH PRACTICE. SUCH PRACTICE DEMONSTRATES THROUGH HISTORY THAT RESULTED IN MANY WRONGFUL DEATHS.

DEFENDANTS HAVE BEEN GIVEN NOTICE OF THIS ORDER TO SHOW CAUSE BY PERSON AND JH PHONE