UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                  :

Victor M. Herrera,
                                  :

          Plaintiff/Petitioner(s),    :    ORDER GRANTING IFP APPLICATION

                                  :

      -against-                  :     16   Civ. 0162     (UA   )

                                  :

Gilbert Taylor, Commissioner, et al.,
                                  :

         Defendant/Respondent(s).    :

                                  :
------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized.  28 U.S.C.

§ 1915.

      SO ORDERED:

_____
        LORETTA A. PRESKA
       Chief United States District Judge

Dated: February 9, 2016
      New York, New York