March 10, 2016

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, NY 10007

Re: Herrera v. Taylor, et al., 16 CV 162(KPF)


Sirs/Madams


Pursuant to the Court's **Order of Service** dated **2/26/2016**, plaintiff is hand delivering the **Amended Complaint** for the above Referenced entitled action along with **U.S. Marshals Process forms** for service on Defendants **Stanley Bates & Lt. Rosario**, both of who are agents and Police of the Defendant City of New York Department of Homeless Services and Human Resource Administration. According to information received via telephone, Defendant **Stanley Bates** principal business address would be the **Department of Homeless Services**, 33 Beaver Street, New York, NY 10004 and **Lt. Rosario** principal business office of the General Counsel for the **Human Resource Administration** located at 4 World Trade Center, 38th Floor, New York, NY 10007, or in the alternative, service to be effectively accepted by **Corporation Counsel City of New York, Law Department,** 100 Church Street, New York, NY 10007.

Please note that the Hon. District Judge **Katherine Polk Failla**, dismissing claims against certain defendants without prejudice permits me to submit the amended setting out personal involvement of named and unnamed defendants, some of which have been recently identified. Should you have any questions, please feel free to contact me at 347-932-2005 or via email at Victorherrera93@gmail.com or via mail at the address indicated below. Thank you for your attention and consideration in this matter.

Sincerely,

Victor M. Herrera
Plaintiff Pro Se
3167 49th Street, Apt 5D
Woodside, New York 11377


RECEIVED
SDNY PRO SE OFFICE
2016 MAR 11 PM 1:15
S.D. OF N.Y.