UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

VICTOR M. HERRERA,

                                      Plaintiff,         **NOTICE OF APPEARANCE**

        -against-

                                                         16-CV-0162 (KPF)

GILBERT TAYLOR, et al.,

                                      Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Kaitlin Fitzgibbon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant, City of New York.  All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          March 25, 2016

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-5057

                                            By:     /s/
                                                           Kaitlin Fitzgibbon
                                                          *Assistant Corporation Counsel*

cc:     Victor M. Herrera
        *Plaintiff pro se*
        3167 49th Street
        Woodside, NY 11377