UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
VICTOR M. HERRERA,

                Plaintiff,                         Case No. 1:16-cv-0162

                -against-                   **NOTICE OF APPEARANCE**

GILBERT TAYLOR, COMMISSIONER, ET AL.

                Defendants.
-----------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that KENNETH B. DANIELSEN, ESQ. hereby appears as counsel for Defendant, CAMBA, INC. in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:  March 31, 2016

                                    Kaufman, Dolowich & Voluck, LLP
                                    *Attorneys for Defendant Camba, Inc.*

                                    _____
                                    Kenneth B. Danielsen (KD9176)
                                    Telephone:  (201) 708-8213
                                    Facsimile:   (201) 488-6652
                                    Email: kdanielsen@kdvlaw.com

                                    21 Main Street, Suite 251
                                    Hackensack, NJ 07601

                                    60 Broad Street, 36th Floor
                                    New York, New York 10004

**CERTIFICATE OF SERVICE:**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this day upon the below counsel via ECF:

Kaitlin Elizabeth Fitzgibbon
New York City Law Department
100 Church Street
New York, NY 10007

and by ECF and U.S. Mail upon Plaintiff, Pro Se:

Victor M. Herrera (Via Regular Mail)
3167 49th Street, Apt. 5D
Woodside, NY 11377
Phone: 347-932-2005

Dated: March 31, 2016

By:_____
    Kenneth B. Danielsen (KD9176)
    Telephone:  (201) 708-8213
    Facsimile:  (201) 488-6652
    Email: kdanielsen@kdvlaw.com

    21 Main Street, Suite 251
    Hackensack, NJ 07601

    60 Broad Street, 36th Floor
    New York, New York 10004