```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    VICTOR M. HERRERA,                                :
                                                      :
                              Plaintiff,              :    16 Civ. 162 (KPF)
                                                      :
                    v.                                :    ORDER
                                                      :
    GILBERT TAYLOR, et al.,                           :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  April 12, 2016

KATHERINE POLK FAILLA, District Judge:

Defendant CAMBA, Inc.'s request for a pre-motion conference is GRANTED.  The parties must appear for a pre-motion conference on May 4, 2016, at 2:00 p.m. in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:   April 12, 2016
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge