UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
VICTOR M. HERRERA,                                   CASE NO.: 16-CV-162
                                                                        (KPF)
                Plaintiff,

  -against-                                              **NOTICE OF**
                                                                 **APPEARANCE**

GILBERT TAYLOR, *et al.*,

                Defendants.
----------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that David Bloom, Esq., of **KAUFMAN BORGEEST & RYAN LLP**, is admitted to practice in this Court and should be added as the attorney of record on behalf of the defendants, **FREDDY C. DESORMEAUX** and **INTERFAITH MEDICAL CENTER**.  All future notifications should be forwarded to the undersigned.

Dated:  Valhalla, New York
         April 22, 2016

                                                   Yours, etc.,

                                                   KAUFMAN BORGEEST & RYAN LLP

                                                 _____

                                                 By:  David Bloom, Esq. (DB1981)
                                                 Attorneys for Defendants
                                                 **FREDDY C. DESORMEAUX and**
                                                 **INTERFAITH MEDICAL CENTER**
                                                 200 Summit Lake Drive
                                                 Valhalla, New York 10595
                                                 Telephone: (914) 449-1000
                                                 Facsimile: (914) 449-1100
                                                 Email: dbloom@kbrlaw.com
                                                 KBR File No.: 733.231

TO: **VIA CERTIFIED MAIL & ECF**
VICTOR M. HERRERA
*Pro Se* Plaintiff
3167 49th Street, Apt. 5D
Woodside, New York 11377
Tel.: (347) 932-2005

**VIA REGULAR MAIL AND ECF**
ZACHARY W. CARTER,
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendant
CITY OF NEW YORK
100 Church Street
New York, New York 10007
Tel.: (212) 356-5057
Attn: Kaitlin Fitzgibbon, Esq.

KAUFMAN, DOLOWICH & VOLUCK, LLP
Attorneys for Defendant
CAMBA, INC.
21 Main Street, Suite 251
Hackensack, New Jersey 07601
Tel.: (201) 708-8213
Attn: Kenneth B. Danielsen, Esq.

3468095