

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

April 22, 2016

DAVID BLOOM
DIRECT: 914.449.1085
DBLOOM@KBRLAW.COM

**VIA ECF AND EMAIL**
(Failla_NYSDChambers@nysd.uscourts.gov)

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   Herrera v. Taylor, *et al.*
      S.D.N.Y. Docket No.: 16-CV-162 (KPF)
      Our File No.:            733.231_____

Dear Judge Failla:

This firm represents the defendants, Freddy C. Desormeaux (hereinafter "Dr. Desormeaux") and Interfaith Medical Center (hereinafter "Interfaith"), in the above-referenced matter. We respectfully join in the request previously submitted by the co-defendant, CAMBA, Inc., for a pre-motion conference and for permission to institute a motion to dismiss on behalf of these defendants, pursuant to FRCP 12(b)(6), based upon the plaintiff's failure to state a claim for which relief may be granted. This pre-motion letter is submitted in lieu of an Answer.

According to the Second Amended Complaint (Doc. No. 9), the plaintiff seeks to recover damages for various civil rights and constitutional violations, and common law malicious prosecution. Although difficult to decipher, the specific allegations against Dr. Desormeaux and Interfaith are contained in paragraphs 25, 26, 55, 56, 72, 88, 89, 91, 92, 94, 95, 102, 103, 104 and 105 of that pleading. Plaintiff claims that he was involuntarily hospitalized for psychiatric treatment following an altercation with the co-defendant Sergeant Williams at the CAMBA facility on or about January 12, 2016. The Second Amended Complaint does not set forth how long he was treated at that hospital.

Dr. Desormeaux and Interfaith respectfully request leave to move for dismissal because the plaintiff failed to sufficiently allege that these defendants, a private hospital and its employee, engaged in "state action" and, as a result, failed to state a viable cause of action under 42 U.S.C. § 1983 or the New York State Constitution. To the extent that the plaintiff also asserted a cause of action against these defendants for malicious prosecution, that claim must also fail because the Second Amended Complaint failed to set forth the basic elements of such a claim, i.e. that an actual criminal proceeding was commenced without probable cause, brought out of actual malice, and terminated in favor of the accused. None of the allegations in the Second

Herrera v. Taylor, *et al.*
733.231
Page 2

Amended Complaint give rise to a valid federal or common law cause of action against Dr. Desormeaux or Interfaith. Accordingly, all claims against these defendants should be dismissed.

As this Honorable Court is well aware, a pre-motion conference has already been scheduled for May 4, 2016 at 2:00 p.m. It is respectfully requested that Dr. Desormeaux's and Interfaith's application for leave to move for dismissal be heard at that time in conjunction with the identical request previously submitted by the co-defendant.

Thank you in advance for Your Honor's consideration.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

David Bloom, Esq.  (DB1981)


cc:    **VIA CERTIFIED MAIL & ECF**
       VICTOR M. HERRERA
       *Pro Se* Plaintiff
       3167 49th Street, Apt. 5D
       Woodside, New York 11377
       Tel.: (347) 932-2005

       **VIA REGULAR MAIL AND ECF**
       ZACHARY W. CARTER,
       CORPORATION COUNSEL OF THE CITY OF NEW YORK
       Attorneys for Defendant
       CITY OF NEW YORK
       100 Church Street
       New York, New York 10007
       Tel.: (212) 356-5057
       Attn: Kaitlin Fitzgibbon, Esq.

       KAUFMAN, DOLOWICH & VOLUCK, LLP
       Attorneys for Defendant
       CAMBA, INC.
       21 Main Street, Suite 251
       Hackensack, New Jersey 07601
       Tel.: (201) 708-8213
       Attn: Kenneth B. Danielsen, Esq.