UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VICTOR M. HERRERA,

                               Plaintiff,

-against-

GILBERT TAYLOR, *et al.*,

                               Defendants.
------------------------------------------------------------------------X

CASE NO.: 16-CV-162 (KPF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jonathan D. Rubin, Esq., of **KAUFMAN BORGEEST & RYAN LLP**, is admitted to practice in this Court and should be added as the attorney of record on behalf of the defendants, **FREDDY C. DESORMEAUX** and **INTERFAITH MEDICAL CENTER**. All future notifications should be forwarded to the undersigned.

Dated: New York, New York
        April 22, 2016

                                                  Yours, etc.,

                                                  KAUFMAN BORGEEST & RYAN LLP

                                                    By: Jonathan D. Rubin, Esq. (JR3080)
                                                    Attorneys for Defendants
                                                    **FREDDY C. DESORMEAUX and**
                                                    **INTERFAITH MEDICAL CENTER**
                                                    120 Broadway, 14th Floor
                                                    New York, New York 10271
                                                    Telephone: (212) 980-9600
                                                    Facsimile: (212) 980-9291
                                                    Email: jrubin@kbrlaw.com
                                                    KBR File No.: 733.231

TO: **VIA CERTIFIED MAIL & ECF**
VICTOR M. HERRERA
*Pro Se* Plaintiff
3167 49th Street, Apt. 5D
Woodside, New York 11377
Tel.: (347) 932-2005

**VIA REGULAR MAIL AND ECF**
ZACHARY W. CARTER,
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendant
CITY OF NEW YORK
100 Church Street
New York, New York 10007
Tel.: (212) 356-5057
Attn: Kaitlin Fitzgibbon, Esq.

KAUFMAN, DOLOWICH & VOLUCK, LLP
Attorneys for Defendant
CAMBA, INC.
21 Main Street, Suite 251
Hackensack, New Jersey 07601
Tel.: (201) 708-8213
Attn: Kenneth B. Danielsen, Esq.